STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 04-1001


ANGELA L. OZBUN

VERSUS

PAMELA SAURAGE, DIRECTOR OF CIVIL SERVICE COMMISSION


**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 214,384
HONORABLE HARRY FRED RANDOW, DISTRICT JUDGE

**********

**BILLY HOWARD EZELL**
**JUDGE**

**********

Court composed of John D. Saunders, Marc T. Amy, and Billy Howard Ezell, Judges.


**AFFIRMED.**


**Jeremy C. Cedars**
**Attorney at Law**
**P. O. Drawer 1791**
**Alexandria, LA 71309-1791**
**(318) 445-3631**
**Counsel for: Defendant/Appellee**
**Pamela Saurage, Director of Civil Service Commission**

**Angela L. Ozbun**
**In Proper Person**
**1941 Monroe St.**
**Alexandria, LA 71301**
**(318) 442-5613**
**Third-Party Appellant**